UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: Tony Hill** | 1:15-mc-00008-SAB<br><br>ORDER REGARDING USE OF ELECTRONIC SUBMISSION OF PRISON LITIGATION, DIRECTING APPEARANCE BY SUPERVISING DEPUTY ATTORNEY GENERAL, SETTING BRIEFING SCHEDULE, AND DIRECTING CLERK OF COURT TO ASSIGN A MISCELLANEOUS CASE NUMBER |

On February 5, 2015, this Court received several documents from inmate Tony Hill in which he contends that prison officials have denied his access to the law library and deliberately ignored this Court Standing Order to utilize the electronic case filing system at Corcoran State Prison. Although Plaintiff has filed a notice of appeal, there is no ruling by this Court to appeal as no case has been filed and opened by this Court, and the Court is therefore not divested of jurisdiction.

As Plaintiff is incarcerated at Corcoran State Prison, he is subject to the Standing Order in Re: Procedural Rules for Electronic Submission of Prisoner Litigation Filed by Plaintiffs Incarcerated at Corcoran and Pleasant Valley State Prisons, effective October 1, 2014. Pursuant to the Standing Order, which applies to initial filings: (1) new complaints are subject to e-filing and they may not exceed twenty-five pages in length; and (2) motions seeking relief from this Standing Order, motions for emergency relief, or motions to increase the page limit shall be no more than fifteen (15) pages. As a CDCR participating facility, no initial documents are accepted for filing by the Clerk of Court

unless done pursuant to the Standing Order or the scanning equipment is inoperable for a period longer than forty-eight (48) hours.

Inasmuch as this case has not yet been opened, the Court will request the Supervising Deputy Attorney General in charge of the e-service program, Monica Anderson, to address Plaintiff's contention that he is not allowed to utilize the e-filing system at Corcoran State Prison within **ten (10)** days from the date of service of this order, and inmate Tony Hill will have **twenty-one (21)** days after the date that Ms. Anderson files a detailed response specifically intending how he has been denied access to the electronic service program at Corcoran State Prison.  After all briefing is submitted, the Court will review said documents and issue a corresponding order and/or set a telephonic hearing, if necessary and only if Plaintiff has properly responded within the specified time period.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve a copy of inmate Tony Hill's documents and a copy of this order on Supervising Deputy Attorney General Monica Anderson;
2. Ms. Anderson shall file a response to Inmate's Document within **ten (10)** days;
3. Inmate Tony Hill shall file a detailed brief as to how he was denied access to the e-filing system at Corcoran State Prison within **twenty-one (21)** days from the date of service of this order; and
4. The Clerk of Court is directed to assign a miscellaneous case number to address only the use of the e-filing system at Corcoran State Prison as to inmate Tony Hill.  <u>No case as to merits of Mr. Hill's claims will be opened until the issue regarding use of the e-filing system is resolved</u>.

IT IS SO ORDERED.

Dated:   **February 12, 2015**

UNITED STATES MAGISTRATE JUDGE

2